AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>**Francisco Orlando Bonilla Leiva**<br>*Defendant(s)* | Case No. 4:25mj 80 |

FILED
NOV - 7 2025
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 5, 2025, in the County of James City, Virginia, in the Eastern District of Virginia, the defendant(s) violated:

| Code Section(s) | Offense Description(s) |
|---|---|
| 18 U.S.C. § 111 | Assaulting, resisting, or impeding certain officers or employees |

This criminal complaint is based on these facts: Please see attached Affidavit.

☒ Continued on the attached sheet.

READ AND APPROVED:

_____
Alyson Yates
Special Assistant United States Attorney

_____
*Complainant's signature*

Christopher J. Cruz, Deportation Officer, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 7, 2025

_____
*Judge's signature*

City and state: Norfolk, Virginia

Robert J. Krask, United States Magistrate Judge
*Printed name and title*